**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **vs.**                            **CASE NO.:  2:16-cr-26
JUDGE GEORGE C. SMITH
MAGISTRATE JUDGE KEMP**

**ALIA M. LEE,**

    **Defendant.**

**ORDER**

On August 22, 2016, the Magistrate Judge issued a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), recommending that the Court accept Defendant Lee's guilty plea to Count 14 of the Indictment charging her with the presentation of false claims against the federal govenemnt in violation of 18 U.S.C. §§ 287.  Defendant, represented by counsel, waived her right to appear on the matter before a District Judge.  The Magistrate Judge conducted the colloquy required by Rule 11 of the Federal Rules of Criminal Procedure.  Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact.

Defendant was specifically informed of her right to contest the Report and Recommendation by filing any objections within 14 days of the issuance of the Report and Recommendation pursuant to 28 U.S.C. §636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure.  Defendant did not file any objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation and **ACCEPTS** Defendant's plea of guilty to Count 14 of the Indictment. Defendant is hereby adjudged guilty of presentation of false claims against the federal government in violation of 18 U.S.C. §§ 287.

**IT IS SO ORDERED.**

 */s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**